

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00255-CV

Andres **BUENO**,
Appellant

v.

Melissa **HERNANDEZ**,
Appellee

From the 79th District Court, Jim Wells County, Texas
Trial Court No. 13-03-52114-CV
Honorable Richard C. Terrell, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

Having considered Appellee Melissa Hernandez's motion for en banc reconsideration and Appellant Andres Bueno's response, the panel, acting *sua sponte*, withdraws our August 29, 2014 opinion and judgment, and we substitute this opinion and judgment in their stead.

In accordance with this court's opinion of this date, the trial court's order granting Appellee Melissa Hernandez's motion for new trial and denying Appellant Andres Bueno's Chapter 74 motion to dismiss is REVERSED. We RENDER judgment dismissing, with prejudice, Appellee Melissa Hernandez's claims against Appellant Andres Bueno, and we REMAND the cause to the trial court for a determination of court costs and attorney's fees to be awarded to Appellant Andres Bueno pursuant to section 74.351(b)(1). Costs of this appeal are taxed against Appellee Melissa Hernandez.

SIGNED December 31, 2014.

_____
Patricia O. Alvarez, Justice